# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA PEEL,<br><br>        Petitioner,<br><br>    v.<br><br>MATTHEW CATES, Secretary,<br><br>        Respondent. | Case No. CV 10-5105-FMO (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 5, 2013

                                                  /s/
                                     FERNANDO M. OLGUIN
                                  UNITED STATES DISTRICT JUDGE